APPEAL No. 1836. *In re* SHANNON. Motion of petitioner Lillian Remka for a stay of execution of Family Court decree

entered on July 28, 1972 is denied. *Gerald T. Mulligan,* West Roxbury, Massachusetts for petitioner, Lillian Remka. *Breslin, Sweeney, Reilly & McDonald, Stephen J. Fortunato, Jr.,* for respondents.